**Entered on Docket
September 02, 2009**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for    Secured Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MONICA LOUISE MCKENZIE,<br><br>Debtor(s). | Bankruptcy Case No. BK-N-09-51065-gwz<br><br>Chapter 7<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5<br>'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    July 14, 2009<br>Time:   10:00 A.M. |

1  A hearing on Secured Creditor Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR5 Mortgage Pass-Through Certificates, Series 2007-AR5 's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Gregg W. Zive.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Relief from the automatic stay of 11 United States Code section 362 is hereby granted as it applies to the real property commonly known as 1130 Linda Anne Court, Gardnerville, Nevada 89410, which is legally described as:

SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF .

APPROVED/DISAPPROVED

_____
C. GEOFFREY WILSON
TRUSTEE

/././
/././
/././
/././
/././
/././
/././
/././

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐     The court has waived the requirement of approval under LR 9021.

☐     No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐     Approved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☐     Disapproved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☒     Failed to respond. - Trustee

###

Submitted by:

/s/ EDDIE R. JIMENEZ
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #10376
Attorney for WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5

# EXHIBIT 'A'

File No.: 143-2315649 (MO)

Property: 1130 Linda Anne Court, Gardnerville, NV 89410

PARCEL NO. 1

A PORTION OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4, SECTION 11, TOWNSHIP 12 NORTH, RANGE 20 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS:

COMMENCING AT THE 1/4 CORNER COMMON TO SECTION 11 AND 12, TOWNSHIP 12 NORTH, RANGE 20 EAST M.D.B.&M., AS SAID 1/4 CORNER IS SHOWN ON THE MAP OF PINENUT SUBDIVISION UNIT NO 1, FILED FOR RECORD IN THE OFFICE OF THE DOUGLAS COUNTY RECORDER, JUNE 11, 1963, AS FILE NO. 22783; THENCE NORTH 0°08'00" EAST 370.00 FEET; THENCE NORTH 89°51'30" WEST, 638.73 FEET; THENCE NORTH 0°29'04" EAST, 396.00 FEET; THENCE NORTH 89°51'30" WEST, 25.00 FEET TO THE TRUE POINT OF BEGINNING, THENCE NORTH 0°29'0" EAST, 211.16 FEET; THENCE ALONG A CURVE TO THE RIGHT WITH A RADIUS OF 50.00 FEET, ANGLE OF 60°00" TANGENT 28.87 FEET LENGTH OF 52.36 FEET, THENCE NORTH 89°51'30 WEST, 305.00 FEET; THENCE SOUTH 0°29'04" WEST, 254.60 FEET; THENCE SOUTH 89°51'30" EAST, 330.00 FEET MORE OR LESS TO THE POINT OF BEGINNING.

RESERVING THEREFROM AN EASEMENT FOR PUBLIC UTILITIES OVER THE WEST 5 FEET.

EXCEPTING THEREFROM THE NORTH 1/2.

PARCEL NO.2

TOGETHER WITH AN EASEMENT FOR INGRESS AND EGRESS OVER THE PARCELS OF LAND DESCRIBED AS PARCEL 2 IN DEED RECORDED FEBRUARY 16, 1973, IN BOOK 273, PAGE 443, FILE NO. 64309, OFFICIAL RECORDS.

NOTE : THE ABOVE METES AND BOUND DESCRIPTION APPEARED PREVIOUSLY IN THAT CERTAIN DOCUMENT RECORDED APRIL 05, 2006, IN BOOK 0406, PAGE 2083, AS INSTRUMENT NO. 672200.

A.P.N. 1220-11-001-013